IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANJAY WALAWALKAR, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 22-3023 |
| KING OF PRUSSIA MALL, et al., | : | |
| Defendants. | : | |

## NOTICE OF ARBITRATION TRIAL

Take notice that the above-captioned case, is scheduled for an Arbitration Trial in the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on March 8, 2023 at 9:30 a.m., in Courtroom 5B, 5th floor.  The assigned arbitrators will determine the order in which cases will proceed

**Rescheduled from January 4, 2023.**

George Wylesol
Clerk of Court

By: */s/ Sharon A. Hall-Moore*
Sharon A. Hall-Moore
Supervisor, Court Services
Phone: 267-299-7034

Date: December 6, 2022

**NOTE:  Arbitrators shall not participate in settlement discussions.**

(revised 7/21)